## JACOBS v. STATE.
### No. 20514.

Court of Criminal Appeals of Texas.
Oct. 11, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction is for theft; punishment assessed is confinement in the State penitentiary for a term of two years.

The record is before us without a statement of facts or bills of exceptions. The indictment is sufficient to charge the offense. All matters of procedure appearing to be in due order, the judgment will be affirmed.